**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 13-cr-00383-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOSE GARCIA,

      Defendant.

___

**ORDER SETTING TRIAL DATES AND DEADLINES**
___

This matter has been scheduled for a **two-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **December 2, 2013 at 9:00 a.m.**  It is

ORDERED THAT all pretrial motions shall be filed by **October 15, 2013** and responses to these motions shall be filed by **October 22, 2013**.  It is further

ORDERED that a Trial Preparation Conference is set for **November 20, 2013 at 11:00 a.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)    timing of presentation of witnesses and evidence;

4)	anticipated evidentiary issues;

5)	any stipulations as to fact or law; and

6)	any other issue affecting the duration or course of the trial.

DATED: October 1, 2013.

>						BY THE COURT:
>
>						_____
>						RAYMOND P. MOORE
>						United States District Judge