IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00383-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE GARCIA,

    Defendant.

---

## ORDER

---

    PURSUANT to and in accordance with the Change of Plea and Immediate Sentencing hearing held before the Honorable Raymond P. Moore, United States District Judge, on November 20, 2013, it is hereby

    ORDERED that Defendant Jose Garcia is sentenced to **TIME SERVED**.

    Dated: November 20, 2013.

                                BY THE COURT:

                                s/ Raymond P. Moore
                                RAYMOND P. MOORE,
                                UNITED STATES DISTRICT JUDGE